**United States Bankruptcy Court**
**Southern District of Illinois**

IN RE:                                                                 Case No. _____

LENZ, KEITH J. _____          Chapter 7 _____
                    Debtor(s)

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **LENZ, KEITH J.**
*(Check the appropriate box and, if applicable, provide the required information.)*

  ☑ Debtor has a Social Security Number and it is: **3 6 0 - 5 6 - 2 6 0 2**
    *(If more than one, state all.)*

  ☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

  ☐ Joint Debtor has a Social Security Number and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
    *(If more than one, state all.)*

  ☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_____   3/15/07
  Signature of Debtor                              Date

X _____   _____
  Signature of Joint Debtor                       Date

\* *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

STATEMENT OF SOCIAL SECURITY NUMBER(S)