UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH J. LENZ, | ) | Case No. 07-09006-CAD |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**Trustee's Final Report**

To:  The Honorable Carol A. Doyle
     United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on May 17, 2007. Joseph A. Baldi, Trustee was appointed Trustee on the May 17, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the trustee's final account as of March 28, 2009 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $27,075.99 |
| b. | DISBURSEMENTS (See Exhibit C) | $49.91 |
| c. | NET CASH available for distribution | $27,026.08 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.  Trustee compensation requested | $3,457.60 |
| | 2.  Trustee Expenses | $0.00 |
| | 3.  Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---:|
| (a.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Trustee Firm)* | $5,656.00 |
| (b.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses (Trustee Firm)* | $23.37 |
| (c.) | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees (Other Firm)* | $924.50 |

5. The Bar Date for filing unsecured claims expired on December 6, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $10,061.47 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $78,044.12 |

7. Trustee proposes that unsecured creditors receive a distribution of 21.74% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $3,457.60 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $5,656.00 | $23.37 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $924.50 | $0.00 |

9.  A fee of $3,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: March 31, 2009

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

**Tasks Completed by Trustee**

Exhibit A

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A.  Trustee investigated the value of the Debtor's interest in the Property which was owned jointly by the Debtor and his non-debtor spouse in tenancy by the entireties; Trustee verified that the Property was encumbered by three mortgages and a judgment lien; based upon the market value listed in the Debtor's schedules and the encumbrances, Trustee determined that there was no equity in the Property for the Estate and filed a No-Asset Report; subsequently, upon the Debtor's motion, the judgment lien was avoided and the Debtor received an offer to purchase the property for an amount in excess of the market value identified in the Debtor's schedules; thereafter the Trustee withdrew his No-Asset Report, retained attorneys and directed his attorneys to (1) research and verify the Estate's rights in the Property given that the Property was held in tenancy by the entireties, and (2) negotiate for a sale of the Property back to the Debtor; Trustee through his attorneys negotiated for the sale of the Estate's interest in the Property; Trustee directed his attorneys to prepare and present a Motion to Sell the Property; upon this Court's order, the Trustee sold the Property and Trustee recovered gross proceeds of $27,000.00 for the benefit of the Estate's creditors;

B.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.  Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

EXHIBIT A

E.  Trustee reviewed and analyzed the claims filed in the case;

F.  Trustee attended to tax matters of the Estate, including retaining an accountant and overseeing the preparation of Estate tax returns; and

G.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 07-09006 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | LENZ, KEITH J | | | Date Filed (f) or Converted (c): | 05/17/07 (f) |
| | | | | 341(a) Meeting Date: | 06/25/07 |
| For Period Ending: | 03/04/09 | | | Claims Bar Date: | 12/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 75.78 | 0.00 |
| 3. Real Property | 795,000.00 | 27,000.00 | | 27,000.00 | FA |
| Residence at 8944 Reserve Dr., Willow Springs, IL | | | | | |
| 4. IHB Savings and Loan | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Miscellaneous clothing | | | | | |
| 7. Firearms & Sports, Photo Equip | 300.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles and Other Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |
| 2001 Ford Windstar -- 104K Miles | | | | | |
| 9. Automobiles and Other Vehicles | 26,000.00 | 0.00 | | 0.00 | FA |
| 2007 Ford Freestyle (34K Miles) | | | | | |
| 10. Automobiles and Other Vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 1994 Ford Cargo Van (100 K miles) | | | | | |
| 11. Boats, motors & accessories | 1,000.00 | Unknown | | 0.00 | FA |
| Trustee investigating value of boat - no realizable value in excess of exemptions | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $826,200.00 | $27,000.00 | | $27,075.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 14.21

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page. 2

| | |
|---|---|
| Case No: 07-09006   CAD   Judge: Carol A. Doyle | |
| Case Name: LENZ, KEITH J | Trustee Name: Joseph A. Baldi, Trustee |
| | Date Filed (f) or Converted (c): 05/17/07 (f) |
| | 341(a) Meeting Date: 06/25/07 |
| | Claims Bar Date: 12/06/07 |

TR sold D's interest in tenancy by entireties property back to D for $27,000. Sale approved and bar date set and passed in Dec 07. Investigated value of boat-determined no value to estate. Claims reviewed; analyzing tax matters, will retain accountant, as necessary to prepare tax returns

Initial Projected Date of Final Report (TFR): 03/01/09     Current Projected Date of Final Report (TFR): 03/01/09

LFORM1

Ver 14 21

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-09006 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LENZ, KEITH J | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0973 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4907 | | |
| For Period Ending: | 03/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/07 | 3 | Ticor Title Insurance Company<br>203 N. LaSalle Street Suite 2200<br>Chicago IL 60601 | Proceeds of Sale of RE to Debtor(s) | 1110-000 | 27,000.00 | | 27,000.00 |
| 11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 10.46 | | 27,010.46 |
| 12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 12.91 | | 27,023.37 |
| 01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 10.71 | | 27,034.08 |
| 02/19/08 | | Transfer to Acct #*******5931 | Bank Funds Transfer | 9999-000 | | 25.54 | 27,008.54 |
| 02/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 6.42 | | 27,014.96 |
| 03/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 6.38 | | 27,021.34 |
| 04/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 5.54 | | 27,026.88 |
| 05/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,030.31 |
| 06/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.32 | | 27,033.63 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,037.06 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,040.49 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.33 | | 27,043.82 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 2.62 | | 27,046.44 |
| 11/28/08 | 2 | Bank of America, N.A | Interest Rate 0.100 | 1270-000 | 2.21 | | 27,048.65 |
| 12/31/08 | 2 | Bank of America, N.A | Interest Rate 0.010 | 1270-000 | 1.37 | | 27,050.02 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 27,050.24 |
| 02/17/09 | | Transfer to Acct #*******5931 | Bank Funds Transfer | 9999-000 | | 24.37 | 27,025.87 |
| 02/27/09 | 2 | Bank of America, N.A | Interest Rate 0.010 | 1270-000 | 0.21 | | 27,026.08 |

LFORM2T4

Ver: 14.30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: | 07-09006 -CAD |
| Case Name: | LENZ, KEITH J |
| Taxpayer ID No: | *******4907 |
| For Period Ending: | 03/30/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0973 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0973 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 27,000.00 | 0 | Checks | 0.00 |
| | 16 | Interest Postings | 75.99 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 49.91 |
| | | Subtotal | $ 27,075.99 | | Total | $ 49.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 27,075.99 | | | |

LFORM2T4

Ver: 14.30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 07-09006 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LENZ, KEITH J | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4907 | | |
| For Period Ending: | 03/30/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0973 | Bank Funds Transfer | 9999-000 | 25.54 | | 25.54 |
| 02/19/08 | 001001 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 25.54 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******0973 | Bank Funds Transfer | 9999-000 | 24.37 | | 24.37 |
| 02/17/09 | 001002 | International Sureties, Ltd.<br>701 Poydras Street #420<br>New Orleans, LA 70139 | 2009 Bond Premium Payment<br>Bond No 016026455 | 2300-000 | | 24.37 | 0.00 |

| Account *******5931 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 2 | Checks | 49.91 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 49.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 49.91 | | | |
| | | Total | $ 49.91 | | | |

LFORM2T4

Ver: 14.30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | |
|---|---|
| Case No: | 07-09006 -CAD |
| Case Name: | LENZ, KEITH J |
| Taxpayer ID No: | *******4907 |
| For Period Ending: | 03/30/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | | 0.00 | | | |
| | 1 | Deposits | | 27,000.00 | | 2 Checks | 49.91 |
| | 16 | Interest Postings | | 75.99 | | 0 Adjustments Out | 0.00 |
| | | | | | | 2 Transfers Out | 49.91 |
| | | Subtotal | $ | 27,075.99 | | | |
| | | | | | | Total $ | 99.82 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 2 | Transfers In | | 49.91 | | | |
| | | Total | $ | 27,125.90 | | Net Total Balance $ | 27,026.08 |

LFORM2T4

Ver: 14.30

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH J. LENZ, | ) | Case No. 07-09006-CAD |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $10,061.47 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $16,964.61 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $27,026.08 |

EXHIBIT D

### REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $10,061.47 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $3,457.60 | $3,457.60 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $5,656.00 | $5,656.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $23.37 | $23.37 |
| | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $924.50 | $924.50 |
| | **CLASS TOTALS** | **$10,061.47** | **$10,061.47** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4.925. | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00% |

EXHIBIT D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid <u>pro rata</u> after costs of administration and priority claims are paid in full | $ 78,044.12 | 21.74% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Wells Fargo Bank<br>*General Unsecured 726* | $24,127.91 | $5,244.73 |
| 000002 | Wells Fargo Bank<br>*General Unsecured 726* | $52,520.48 | $11,416.48 |
| 000003 | ComEd Co<br>*General Unsecured 726* | $1,014.89 | $220.61 |
| 000004 | Roundup Funding, LLC<br>*General Unsecured 726* | $380.84 | $82.79 |
| | **CLASS TOTALS** | **$78,044.12** | **$16,964.61** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00% |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

**EXHIBIT D**

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 31, 2009                    /s/Joseph A. Baldi, Trustee

EXHIBIT D