UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| KEITH J. LENZ, ) | Case No. 07-09006-CAD | |
| ) | | |
| Debtor. ) | Hon. Carol A. Doyle | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **June 16, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $27,075.99 |
    | Disbursements | $49.91 |
    | Net Cash Available for Distribution | $27,026.08 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $3,457.60 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $0.00 | $5,656.00 | $23.37 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $924.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $78,044.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 21.74%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Wells Fargo Bank | $24,127.91 | $5,244.73 |
| 000002 | Wells Fargo Bank | $52,520.48 | $11,416.48 |
| 000003 | Comed Co | $1,014.89 | $220.61 |
| 000004 | Roundup Funding, LLC | $380.84 | $82.79 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE


Dated: **May 7, 2009**                                      For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
           19 South Lasalle Street
           Chicago, IL  60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: May 07, 2009
Case: 07-09006                Form ID: pdf002             Total Served: 22
```

The following entities were served by first class mail on May 09, 2009.
```
db              Keith J Lenz,    8944 Reserve Drive,    Willow Springs, IL 60480-1184
aty            +Steven S. Potts,    Maxwell & Potts, LLC,    105 W Adams Street,    Suite 3200,
                 Chicago, IL 60603-6209
tr             +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
11371095       +BANK ONE (NKA CHASE BANK),    100 DUFFY AVE,    HICKSVILLE, NY 11801-3636
11371097        CAPITAL ONE,    P.O. BOX 85520,    RICHMOND, VA 23285-5520
11371096        CAPITAL ONE,    10600 NUCKOLS ROAD,    GLEN ALLEN, VA 23060
11371098       +CINGULAR WIRELESS,    3201 QUAIL SPRINGS PARKWAY,    OKLAHOMA CITY, OK 73134-2621
11371100        GE CAPITAL,    RISK SUPPORT/CORP PMT CTR,    SALT LAKE, UT 84123
11371101        HOMECOMINGS FINANCIAL,    PO BOX 78426,    PHOENIX, AZ 85062-8426
11371102       +HSBC MENARDS,    90 CHRISTIANA ROAD,    NEW CASTLE, DE 19720-3118
11371103       +IHBCU,    400 WEST 144TH STREET,    RIVERDALE, IL 60827-2644
11371093        LENZ KEITH J,    8944 RESERVE DRIVE,    WILLOW SPRINGS, IL 60480-1184
11371094       +MAXWELL & POTTS LLC,    105 WEST ADAMS,    SUITE 3200,    CHICAGO, IL 60603-6209
11371105       +MBNA AMERICA,    P.O. BOX 17054,    WILMINGTON, DE 19884-0001
11371106        NEA (BANK OF AMERICA) MASTERCARD,    PO BOX 15726,    WILMINGTON, DE 19886-5726
11371108       +WELLS FARGO BANK, NA,    C/O WELTMAN WEINBERG & REIS CO.,    10 S. LASALLE, SUITE 900,
                 CHICAGO, IL 60603-1016
11576214       +Wells Fargo Bank,    BDD-Bankrutpcy Dept,    PO Box 53476,    Phoenix, AZ 85072-3476
```

The following entities were served by electronic transmission on May 08, 2009.
```
11371099        E-mail/Text: brandy.glashin@comed.com                            COMED,    BILL PAYMENT CENTER,
                 CHICAGO, IL 60668-0001
11635704       +E-mail/Text: brandy.glashin@comed.com                            ComEd Co,
                 Attn: Bankruptcy Section/Revenue Managem,    2100 Swift Drive,    Oakbrook , IL 60523-1559
11371104       +E-mail/PDF: cr-bankruptcy@kohls.com May 08 2009 08:31:46       KOHLS CHASE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-5660
11371107        E-mail/Text: bankrup@nicor.com                            NICOR,    PO BOX 2020,
                 AURORA, IL 60507-2020
11775170        E-mail/PDF: BNCEmails@blinellc.com May 08 2009 08:31:57      Roundup Funding, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2009**          **Signature:** _Joseph Speetjens_