UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-09006 CAD |
| LENZ, KEITH J | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Joseph A. Baldi, Trustee_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinsdale Bank & Trust |  |  |  |  |  |
| Hinsdale Bank & Trust |  |  |  |  |  |
| Homecomings Financial |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IHBCU | | | | | |
| Wells Fargo Bank | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One nka Chase | | | | | |
| Capital One | | | | | |
| Capital One | | | | | |
| GE Capital | | | | | |
| HSBC Menards | | | | | |
| Kohl's (Chase) | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MBNA America | | | | | |
| NEA (B of A) | | | | | |
| Nicor | | | | | |
| COMED CO | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| WELLS FARGO BANK | | | | | |
| WELLS FARGO BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-09006 | CAD | Judge: Carol A. Doyle | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | LENZ, KEITH J | | | | Date Filed (f) or Converted (c): | 05/17/07 (f) |
| | | | | | 341(a) Meeting Date: | 06/25/07 |
| For Period Ending: | 08/14/09 | | | | Claims Bar Date: | 12/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 78.17 | 0.00 |
| 3. Real Property | 795,000.00 | 27,000.00 | | 27,000.00 | FA |
| Residence at 8944 Reserve Dr., Willow Springs, IL | | | | | |
| 4. IHB Savings and Loan | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Miscellaneous clothing | | | | | |
| 7. Firearms & Sports, Photo Equip | 300.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles and Other Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |
| 2001 Ford Windstar -- 104K Miles | | | | | |
| 9. Automobiles and Other Vehicles | 26,000.00 | 0.00 | | 0.00 | FA |
| 2007 Ford Freestyle (34K Miles) | | | | | |
| 10. Automobiles and Other Vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 1994 Ford Cargo Van (100 K miles) | | | | | |
| 11. Boats, motors & accessories | 1,000.00 | Unknown | | 0.00 | FA |
| Trustee investigating value of boat - no realizable value in excess of exemptions | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $826,200.00     $27,000.00     $27,078.17     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TR sold D's interest in tenancy by entireties property back to D for $27,000. Sale approved and bar date set and passed in Dec 07.   Investigated

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-09006 CAD Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | LENZ, KEITH J | Date Filed (f) or Converted (c): | 05/17/07 (f) |
| | | 341(a) Meeting Date: | 06/25/07 |
| | | Claims Bar Date: | 12/06/07 |

value of boat-determined no value to estate. Claims reviewed; analyzing tax matters, will retain accountant, as necessary to prepare tax returns

Initial Projected Date of Final Report (TFR): 03/01/09     Current Projected Date of Final Report (TFR): 03/01/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09006 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LENZ, KEITH J | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0973 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4907 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/07 | 3 | Ticor Title Insurance Company | Proceeds of Sale of RE to Debtor(s) | 1110-000 | 27,000.00 | | 27,000.00 |
| | | 203 N. LaSalle Street Suite 2200 | | | | | |
| | | Chicago IL 60601 | | | | | |
| 11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 10.46 | | 27,010.46 |
| 12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 12.91 | | 27,023.37 |
| 01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 10.71 | | 27,034.08 |
| 02/19/08 | | Transfer to Acct #*******5931 | Bank Funds Transfer | 9999-000 | | 25.54 | 27,008.54 |
| 02/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 6.42 | | 27,014.96 |
| 03/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 6.38 | | 27,021.34 |
| 04/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 5.54 | | 27,026.88 |
| 05/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,030.31 |
| 06/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.32 | | 27,033.63 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,037.06 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.43 | | 27,040.49 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.33 | | 27,043.82 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 2.62 | | 27,046.44 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 2.21 | | 27,048.65 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.37 | | 27,050.02 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 27,050.24 |
| 02/17/09 | | Transfer to Acct #*******5931 | Bank Funds Transfer | 9999-000 | | 24.37 | 27,025.87 |
| 02/27/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 27,026.08 |
| 03/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 27,026.32 |
| 04/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 27,026.91 |
| 05/29/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 27,027.59 |
| 06/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,028.26 |
| 07/01/09 | | Transfer to Acct #*******5931 | Final Posting Transfer | 9999-000 | | 27,028.26 | 0.00 |
| | | | Tranfer funds for TR Final Distribution. ecbJuly 01, 2009, 10:16 am | | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31c

Page: 2

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-09006 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LENZ, KEITH J | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0973  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4907 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Account *******0973 | Balance Forward | 0.00 | |
| 1 | Deposits | 27,000.00 | 0  Checks  0.00 |
| 20 | Interest Postings | 78.17 | 0  Adjustments Out  0.00 |
| | | | 3  Transfers Out  27,078.17 |
| | Subtotal | $ 27,078.17 | |
| | | | Total  $ 27,078.17 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 27,078.17 | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-09006 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | LENZ, KEITH J | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4907 | | | |
| For Period Ending: | 08/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0973 | Bank Funds Transfer | 9999-000 | 25.54 | | 25.54 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 25.54 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/17/09 | | Transfer from Acct #*******0973 | Bank Funds Transfer | 9999-000 | 24.37 | | 24.37 |
| 02/17/09 | 001002 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 24.37 | 0.00 |
| | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 07/01/09 | | Transfer from Acct #*******0973 | Transfer In From MMA Account | 9999-000 | 27,028.26 | | 27,028.26 |
| | | | Tranfer funds for TR Final Distribution. ecbJuly 01, 2009, 10:16 am | | | | |
| 07/01/09 | 001003 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 3,457.60 | 23,570.66 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 07/01/09 | 001004 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,656.00 | 17,914.66 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| 07/01/09 | 001005 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Expenses (Trus | 3120-000 | | 23.37 | 17,891.29 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| 07/01/09 | 001006 | Popowcer Katten, Ltd | Accountant for Trustee Fees (Other | 3410-000 | | 924.50 | 16,966.79 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il 60601-2207 | | | | | |
| 07/01/09 | 001007 | Wells Fargo Bank | Claim 000001, Payment 21.74% | 7100-000 | | 5,245.41 | 11,721.38 |
| | | BDD-Bankrutpcy Dept | | | | | |
| | | PO Box 53476 | | | | | |
| | | Phoenix, AZ 85072 | | | | | |
| 07/01/09 | 001008 | Wells Fargo Bank | Claim 000002, Payment 21.74% | 7100-000 | | 11,417.95 | 303.43 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-09006 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LENZ, KEITH J | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4907 | | |
| For Period Ending: | 08/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/09 | 001009 | BDD-Bankrutpcy Dept<br>PO Box 53476<br>Phoenix, AZ 85072<br>ComEd Co | Claim 000003, Payment 21.74% | 7100-000 | | 220.64 | 82.79 |
| 07/01/09 | 001010 | Attn: Bankruptcy Section/Revenue Managem<br>2100 Swift Drive<br>Oakbrook , IL 60523<br>Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000004, Payment 21.74% | 7100-000 | | 82.79 | 0.00 |

| Account *******5931 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 10 | Checks | 27,078.17 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 27,078.17 |
| | 0 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 27,078.17 | | | |
| | | Total | $ 27,078.17 | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-09006 -CAD |
| Case Name: | LENZ, KEITH J |
| Taxpayer ID No: | *******4907 |
| For Period Ending: | 08/14/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5931 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| | 1 Deposits | 27,000.00 | 10 Checks | 27,078.17 |
| | 20 Interest Postings | 78.17 | 0 Adjustments Out | 0.00 |
| | | | 3 Transfers Out | 27,078.17 |
| | Subtotal | $ 27,078.17 | | |
| | | | Total | $ 54,156.34 |
| | 0 Adjustments In | 0.00 | | |
| | 3 Transfers In | 27,078.17 | | |
| | Total | $ 54,156.34 | Net Total Balance | $ 0.00 |